IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| BETTY G. ARLEDGE | ) | PLAINTIFF |
| VS. | ) | CIVIL ACTION NO.: 5:09CV61DCB-JMR |
| BANCORPSOUTH BANK | ) | |
| | ) | DEFENDANT |

**ORDER
SEALING EXHIBITS**

THIS DAY came on to be heard BancorpSouth Bank's Motion to Seal Exhibits "A" and "C" to Motion to Dismiss or for Summary Judgment, and the Court having considered same finds the Motion well taken and same is hereby sustained. The Court notes that counsel for BancorpSouth Bank inadvertently attached unredacted copies of Exhibits "A" and "C" to its Motion to Dismiss or for Summary Judgment [Docket Item #4]; thereafter, on the following day, it filed corrected, redacted copies of said exhibits, and thus quickly brought the matter to the attention of the Court.

IT IS THEREFORE ORDERED that BancorpSouth Bank's unredacted Exhibits "A" and "C" to its Motion to Dismiss or for Summary Judgment filed on June 9, 2009 [Docket Item #4] are to be sealed immediately.

This, the  11th  day of June, 2009.

                                              s/ David Bramlette
                                   UNITED STATES DISTRICT COURT JUDGE