# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| BETTY G. ARLEDGE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Cause No. 5:09-cv-00061-DCB-JMR |
| | * | |
| BANCORP SOUTH BANK, | * | |
| | * | |
| Defendant. | * | |

## ORDER SEALING EXHIBITS

This cause has come before the Court upon the filing of Arledge's Motion to Seal Certain Exhibits by James G. Curenton, Jr., counsel for Plaintiff, Betty G. Arledge, and the Court having considered same, finds the Motion well taken and said Motion is hereby sustained. The Court notes that counsel for Plaintiff Betty G. Arledge inadvertently attached unredacted copies of Exhibits C, E, F, G, H, I and J to Plaintiff's Response to Motion to Dismiss or, Alternatively, Motion for Summary Judgment [Document No. 16], which was filed July 13, 2009. On the following day, counsel for Plaintiff filed corrected, redacted copies of said exhibits and thus quickly brought the matter to the attention of the Court. It is, therefore,

ORDERED that said motion be, and hereby is, GRANTED; and the Plaintiff's unredacted Exhibits C, E, F, G, H, I and J, filed in support of Plaintiff's Response to Motion to Dismiss or, Alternatively, Motion for Summary Judgment [Document No.

16] are to be sealed immediately.

  <u>*s/James G. Curenton, Jr.*</u>

Dated:   <u>  7/15/2009  </u>              <u>  s/ David Bramlette     </u>
                                                                David C. Bramlette, III
                                                                United States District Judge

Copies to:

James G. Curenton, Jr., Esq.
P. O. Box 1435
Fairhope, AL 36533
(251) 928-3993
(251) 928-3966 (fax)
<u>jim_jcl@bellsouth.net</u>

MICHAEL E. WINFIELD
Attorney for Plaintiff
1129 Openwood Street
Vicksburg, MS 39181
(601) 638-3911
(601) 638-3990 (fax)
<u>mewinfield@yahoo.com</u>

Pat Caldwell, Esq.
P.O. Box 1836
207 Court Street
Tupelo, MS 38802-1836
(662) 842-8945
(662) 892-9032 (fax)