# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| BETTY G. ARLEDGE | |
| VS. | CIVIL ACTION NO.: 5:09CV61DCB-JMR |
| BANCORPSOUTH BANK | |
| | DEFENDANT |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on for consideration of this matter, and the Court noting the agreement of counsel for each party signifying agreement to entry of this order in that this cause is ready to be dismissed in full as a final order/judgment with prejudice, do so enter same. Notwithstanding this cause being fully and finally dismissed, the undersigned has agreed to serve in the role of determining any dispute which may arise concerning the specific matter of the condition of the Arledge Residence which was the subject of this matter.

IT IS THEREFORE ORDERED AND ADJUDGED that any and all causes of actions, claims, or matters which were sought in this cause, or which could have been sought in this cause, are hereby dismissed with prejudice. Each party shall bear their respective costs.

ORDERED AND ADJUDGED, this the 21st day of January, 2010.

s/John M. Roper Sr.
UNITED STATES MAGISTRATE JUDGE

**Approved:**

/s/ J. Patrick Caldwell
J. PATRICK CALDWELL
**Attorney for BancorpSouth Bank**


/s/ James G. Curenton
JAMES G. CURENTON
**Attorney for Betty G. Arledge**